JENNIFER D. BENNETT (SBN 235196)
jennifer.bennett@snrdenton.com
SNR DENTON US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Of Counsel
CHRISTIAN E. SAMAY
christian.samay@snrdenton.com
SNR DENTON US, LLP
101 John F. Kennedy Pkwy
Short Hills, New Jersey 07078
Telephone: (973) 912-7180
Facsimile: (973) 912-7100

MARK L. HOGGE
mark.hogge@snrdenton.com
SHAILENDRA K. MAHESHWARI
shailendra.maheshwari@snrdenton.com
SNR DENTON US LLP
1301 K Street, NW, Suite 600
Washington, DC 20004
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Plaintiff
Speculative Product Design, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BODYGLOVE INTERNATIONAL, LLC<br><br>　　　　　　　　Defendant. | No. 4:12-cv-04998-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT BODYGLOVE INTERNATIONAL, LLC TO RESPOND TO THE COMPLAINT** |

1  Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, Defendant
2  BodyGlove International, LLC shall have until January 15, 2013 to answer or otherwise respond
3  to the Complaint. IT IS SO ORDERED.

Dated: _____12/4/12_____            _____
                                                 Honorable E

PROPOSED ORDER GRANTING DEFENDANT                      CASE NO. 4:12-CV-04998-EMC
ADDITIONAL TIME TO RESPOND TO COMPLAINT