1   DIANNE L. SWEENEY (187198)
    dianne.sweeney@pillsburylaw.com
2   PILLSBURY WINTHROP SHAW PITTMAN LLP
    2550 Hanover Street
3   Palo Alto, CA 94304-1115
    Telephone: (650) 233-4500
4   Facsimile: (650) 233-4545

5   William P. Atkins (*pro hac vice application to be submitted*)
    william.atkins@pillsburylaw.com
6   Bryan P. Collins (*pro hac vice application to be submitted*)
    bryan.collins@pillsburylaw.com
7   Christopher K. Dorsey (*pro hac vice application to be submitted*)
    christopher.dorsey@pillsburylaw.com
8   PILLSBURY WINTHROP SHAW PITTMAN LLP
    1650 Tysons Boulevard, 14th Floor
9   McLean, Virginia 22102
    Telephone: (703) 770-7900
10  Facsimile: (703) 770-7901

11  Attorneys for Defendants
    FELLOWES INC. and BODY
12  GLOVE INTERNATIONAL, LLC

13

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>  vs.<br><br>BODY GLOVE INTERNATIONAL, LLC and FELLOWES INC.,<br><br>            Defendants. | Case No. CV12-04998 EMC<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER TO STAY THIS MATTER IN LIGHT OF PENDING INTERNATIONAL TRADE COMMISSION INVESTIGATION** |

403803547v1

Speculative Product Design, LLC ("Speck"), Body Glove International, LLC ("Body Glove") and Fellowes Inc. ("Fellowes"), through their respective counsel, hereby stipulate as follows:

On September 25, 2012, plaintiff, Speck sued Body Glove, asserting infringement of U.S. Patent No. 8,204,561 (the '561 Patent).  (Docket Entry ("D.E.") 1.)  On September 26, 2012, Speck filed a complaint with the International Trade Commission ("ITC") against Fellowes, Body Glove and other parties not named in this district court case.  The ITC Complaint also asserts infringement of the '561 Patent.

The ITC instituted an investigation against Fellowes, Body Glove and other parties on November 9, 2012 entitled "In the Matter of CERTAIN CASES FOR PORTABLE ELECTRONIC DEVICES," Inv. No. 337-TA-861 ("ITC Investigation").

On December 14, 2012, Speck amended its complaint in this district court case to add Fellowes as a defendant.  (D.E. 15.)  Fellowes answered Speck's amended complaint on January 7, 2013.  (D.E. 20.)  Body Glove has not responded to Speck's Complaint or Amended Complaint as of the filing of this stipulation.

According to 28 U.S.C. § 1659, the parties agree that the Court should stay the pending district court case as to Fellowes.  Section 1659 provides in relevant part:

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court **shall stay**, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—
>
> …
>
> (2) 30 days after the district court action is filed, whichever is later.

28 U.S.C. § 1659 (emphasis added).

Fellowes is a named respondent in the ITC Investigation.  This case was instituted as to Fellowes on December 14, 2012, which was less than 30 days before the filing of this stipulation.  Thus, Fellowes has satisfied all requirements of 28 U.S.C. § 1659 and this Court must stay this case as to Fellowes.

With the Court's permission, the parties further agree to extend the same stay right provided under Section § 1659 to Fellowes to Body Glove. The parties acknowledge that if Body Glove had timely made such a request, Body Glove would have also been entitled to a stay as a matter of right and therefore, as a matter of justice and equity, respectfully request the Court to extend that same right to Body Glove.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED among all parties that this litigation should be stayed as to defendants Fellowes and Body Glove provided, however, that (a) if both those parties shall no longer be a party to the ITC Investigation, then the stay shall be automatically lifted upon notice to the Court, or (b) if one of those parties shall no longer be a party to the ITC Investigation but the other remains a party to the ITC Investigation, and only if that non-party to the ITC Investigation also has sued Speck for any cause of action (including commencing its own ITC Investigation), then Speck may move this Court to lift the stay as to that non-party and that non-party shall not oppose the motion. It is also agreed that no further pleadings need be filed pending entry of the stay and that Body Glove will respond to the Amended Complaint 10 days after the stay is lifted as to Body Glove.

SO STIPULATED.

DATED: January 9, 2013.

PILLSBURY WINTHROP SHAW PITTMAN LLP

_/s/ Dianne L. Sweeney_
Dianne L. Sweeney
*Counsel for Defendants* FELLOWES INC. and BODY GLOVE INTERNATIONAL, LLC

DATED: January 9, 2013.

SNR DENTON

_/s/ Jennifer D. Bennett_
Jennifer D. Bennett
*Counsel for Plaintiff* SPECULATIVE PRODUCT DESIGN, LLC

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS ORDERED that this matter is hereby stayed.

3  IT IS FURTHER ORDERED that the parties shall submit to short joint report to this

4  Court concerning the status of the above-noted ITC Investigation no later than September 13,

5  2013. Should this matter be resolved by the ITC prior to September 13, 2013, the parties shall

6  promptly notify this Court of the same.    The CMC is reset from 1/17/13 to 9/19/13 at 9:00 a.m.

7

8  DATED: January __11__, 2013.

   _____
   THE HONORABLE EDWARD CHEN
   UNITED STATES DISTRICT JUDGE

   IT IS SO ORDERED
   Judge Edward M. Chen

403803547v1         -3-

STIPULATION AND [PROPOSED] ORDER TO STAY MATTER
CASE NO. CV12-04998 EMC