DIANNE L. SWEENEY (187198)
dianne.sweeney@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA  94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

William P. Atkins (*pro hac vice application to be submitted*)
william.atkins@pillsburylaw.com
Bryan P. Collins (*pro hac vice application to be submitted*)
bryan.collins@pillsburylaw.com
Christopher K. Dorsey (*pro hac vice application to be submitted*)
christopher.dorsey@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, Virginia 22102
Telephone: (703) 770-7900
Facsimile:  (703) 770-7901

Attorneys for Defendants
FELLOWES INC. and BODY
GLOVE INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BODY GLOVE INTERNATIONAL, LLC and FELLOWES INC.,<br><br>Defendants. | Case No. CV12-04998 WHO<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE THE STATUS CONFERENCE IN LIGHT OF UPCOMING ITC HEARING** |

704763420v1

1    Speculative Product Design, LLC ("Speck"), Body Glove International, LLC ("Body
2    Glove") and Fellowes Inc. ("Fellowes"), through their respective counsel, hereby provide this
3    joint status report and request for continuance of the September 19, 2013 case management
4    conference:
5    On September 25, 2012, plaintiff, Speck sued Body Glove, asserting infringement of
6    U.S. Patent No. 8,204,561 (the '561 Patent). (Docket Entry ("D.E.") 1.) On September 26,
7    2012, Speck filed a complaint with the International Trade Commission ("ITC") against
8    Fellowes, Body Glove and other parties not named in this district court case. The ITC
9    Complaint also asserts infringement of the '561 Patent.
10   The ITC instituted an investigation against Fellowes, Body Glove and other parties on
11   November 9, 2012 entitled "In the Matter of CERTAIN CASES FOR PORTABLE
12   ELECTRONIC DEVICES," Inv. No. 337-TA-861. The ITC later consolidated Investigation
13   No. 337-TA-861 with Speck's later-filed investigation against additional respondents
14   (collectively, "ITC Investigation").
15   On December 14, 2012, Speck amended its Complaint in this District to add Fellowes
16   as a defendant. (D.E. 15.) Fellowes answered Speck's Amended Complaint on January 7,
17   2013. (D.E. 20.) In light of the stipulation detailed below, Body Glove has not responded to
18   Speck's Complaint or Amended Complaint as of the filing of this status report.
19   Upon stipulation of the parties, this Court stayed this case on January 11, 2013 pending
20   the resolution of the ITC Investigation. (D.E. 22.) Since that time, the parties have engaged in
21   fact and expert discovery in the ITC Investigation, which is scheduled for hearing beginning
22   October 18, 2013. The Administrative Law Judge in the ITC Investigation has stated that the
23   parties will receive an Initial Determination by January 31, 2014.
24   Because the ITC Investigation is ongoing and scheduled for hearing in the near future,
25   the parties respectfully request that the September 19, 2013 case management conference be
26   rescheduled for a date on or after March 4, 2014 at this Court's convenience.
27
28

1  RESPECTFULLY SUBMITTED,

2

3  DATED: September 12, 2013.          PILLSBURY WINTHROP SHAW PITTMAN LLP

4

5
                                        /s/ Dianne L. Sweeney
6                                      Dianne L. Sweeney
                                       *Counsel for* Defendants FELLOWES INC. and
7                                      BODY GLOVE INTERNATIONAL, LLC

8

9  DATED:  September 12, 2013.         BRAUNHAGEY & BORDEN LLP

10

11
                                        /s/ J. Noah Hagey
12                                     J. Noah Hagey
                                       *Counsel for* Plaintiff SPECULATIVE PRODUCT
13                                     DESIGN, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

704763420v1                           -2-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS |
| 3 | ORDERED that the case management conference is hereby continued from September 18, |
| 4 | 2013 to March 4, 2014 at 2:00 p.m. The parties shall submit to short joint report to this Court |
| 5 | concerning the status of the above-noted ITC Investigation no later than February 11, 2014. |
| 6 | Should this matter be resolved by the ITC before February 11, 2014, the parties shall promptly |
| 7 | notify this Court of the same. |
| 8 | |
| 9 | DATED: September __17__, 2013. |

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE