1    DIANNE L. SWEENEY (187198)
     dianne.sweeney@pillsburylaw.com
2    PILLSBURY WINTHROP SHAW PITTMAN LLP
     2550 Hanover Street
3    Palo Alto, CA  94304-1115
     Telephone: (650) 233-4500
4    Facsimile: (650) 233-4545

5    William P. Atkins (*pro hac vice application to be submitted*)
     william.atkins@pillsburylaw.com
6    Bryan P. Collins (*pro hac vice application to be submitted*)
     bryan.collins@pillsburylaw.com
7    Christopher K. Dorsey (*pro hac vice application to be submitted*)
     christopher.dorsey@pillsburylaw.com
8    PILLSBURY WINTHROP SHAW PITTMAN LLP
     1650 Tysons Boulevard, 14th Floor
9    McLean, Virginia 22102
     Telephone: (703) 770-7900
10   Facsimile:  (703) 770-7901

11   Attorneys for Defendants
     FELLOWES INC. and BODY
12   GLOVE INTERNATIONAL, LLC

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18                                              )
                                                )
19   SPECULATIVE PRODUCT DESIGN, LLC,           )
     a Delaware limited liability company,      )   Case No. CV12-04998 WHO
20                                              )
                             Plaintiff,         )   **JOINT STATUS REPORT AND**
21                                              )   **REQUEST TO CONTINUE THE**
         vs.                                    )   **STATUS CONFERENCE IN LIGHT**
22                                              )   **OF UPCOMING ITC HEARING**
     BODY GLOVE INTERNATIONAL, LLC              )
23   and FELLOWES INC.,                         )
                                                )
24                           Defendants.        )
                                                )
25

26

27

28
     704763420v1

1      Speculative Product Design, LLC ("Speck"), Body Glove International, LLC ("Body

2  Glove") and Fellowes Inc. ("Fellowes"), through their respective counsel, hereby provide this

3  joint status report and request for continuance of the September 19, 2013 case management

4  conference:

5      On September 25, 2012, plaintiff, Speck sued Body Glove, asserting infringement of

6  U.S. Patent No. 8,204,561 (the '561 Patent).  (Docket Entry ("D.E.") 1.)  On September 26,

7  2012, Speck filed a complaint with the International Trade Commission ("ITC") against

8  Fellowes, Body Glove and other parties not named in this district court case.  The ITC

9  Complaint also asserts infringement of the '561 Patent.

10      The ITC instituted an investigation against Fellowes, Body Glove and other parties on

11  November 9, 2012 entitled "In the Matter of CERTAIN CASES FOR PORTABLE

12  ELECTRONIC DEVICES," Inv. No. 337-TA-861.  The ITC later consolidated Investigation

13  No. 337-TA-861 with Speck's later-filed investigation against additional respondents

14  (collectively, "ITC Investigation").

15      On December 14, 2012, Speck amended its Complaint in this District to add Fellowes

16  as a defendant.  (D.E. 15.)  Fellowes answered Speck's Amended Complaint on January 7,

17  2013.  (D.E. 20.)  In light of the stipulation detailed below,  Body Glove has not responded to

18  Speck's Complaint or Amended Complaint as of the filing of this status report.

19      Upon stipulation of the parties, this Court stayed this case on January 11, 2013 pending

20  the resolution of the ITC Investigation.  (D.E. 22.)  Since that time, the parties have engaged in

21  fact and expert discovery in the ITC Investigation, which is scheduled for hearing beginning

22  October 18, 2013.  The Administrative Law Judge in the ITC Investigation has stated that the

23  parties will receive an Initial Determination by January 31, 2014.

24      Because the ITC Investigation is ongoing and scheduled for hearing in the near future,

25  the parties respectfully request that the September 19, 2013 case management conference be

26  rescheduled for a date on or after March 4, 2014 at this Court's convenience.

27

28

704763420v1                                    -1-

1    RESPECTFULLY SUBMITTED,

2

3    DATED: September 12, 2013.          PILLSBURY WINTHROP SHAW PITTMAN LLP

4

5
                                          /s/ Dianne L. Sweeney
6                                        _____
                                         Dianne L. Sweeney
                                         *Counsel for* Defendants FELLOWES INC. and
7                                        BODY GLOVE INTERNATIONAL, LLC

8

9    DATED:  September 12, 2013.          BRAUNHAGEY & BORDEN LLP

10

11
                                          /s/ J. Noah Hagey
12                                       _____
                                         J. Noah Hagey
                                         *Counsel for* Plaintiff SPECULATIVE PRODUCT
13                                       DESIGN, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     704763420v1                        -2-
                                                    _____

1           **ORDER**

2           PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS

3    ORDERED that the case management conference is hereby continued from September 18,

4    2013 to March 4, 2014 at 2:00 p.m.  The parties shall submit to short joint report to this Court

5    concerning the status of the above-noted ITC Investigation no later than February 11, 2014.

6    Should this matter be resolved by the ITC before February 11, 2014, the parties shall promptly

7    notify this Court of the same.

8

9    DATED:  September __17__, 2013.

10

11                                                   WILLIAM H. ORRICK
                                                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

704763420v1                         -3-