1  DIANNE L. SWEENEY (187198)
   dianne.sweeney@pillsburylaw.com
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   2550 Hanover Street
3  Palo Alto, CA  94304-1115
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545

5  Attorneys for Defendants
   FELLOWES INC. and BODY
6  GLOVE INTERNATIONAL, LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12
   SPECULATIVE PRODUCT DESIGN, LLC,
13 a Delaware limited liability company,        Case No. CV12-04998 WHO

14                    Plaintiff,                **STIPULATION OF DISMISSAL
                                                WITH PREJUDICE**
15       v.

16 BODY GLOVE INTERNATIONAL, LLC                **Fed. R. Civ. P., Rule 41**
   and FELLOWES INC.,
17
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28
   404228684v2

1  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Speculative Product Design,
2  LLC ("Speck") and Defendants Body Glove International, LLC ("Body Glove") and Fellowes
3  Inc. ("Fellowes"), by and through their respective undersigned counsel, hereby stipulate and
4  agree, subject to the approval of this Court, that the above-captioned action shall be dismissed
5  *with prejudice*, including, without limitation, dismissal of all causes of action, claims,
6  counterclaims, and defenses that were raised in connection with this action or the asserted
7  patent at issue. Each party to bear its own costs and fees.
8
9  RESPECTFULLY SUBMITTED,
10
11 DATED: November 19, 2013.        PILLSBURY WINTHROP SHAW PITTMAN LLP
12
13
                                    /s/ Dianne L. Sweeney
14                                  Dianne L. Sweeney
                                    *Counsel for* Defendants FELLOWES INC. and
15                                  BODY GLOVE INTERNATIONAL, LLC
16
17 DATED: November 18, 2013.        BRAUNHAGEY & BORDEN LLP
18
19
                                    J. Noah Hagey
20                                  *Counsel for* Plaintiff SPECULATIVE PRODUCT
                                    DESIGN, LLC
21
22
23
24
25
26
27
28
   404228684v2                       -1-

1  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Speculative Product Design,
2  LLC ("Speck") and Defendants Body Glove International, LLC ("Body Glove") and Fellowes
3  Inc. ("Fellowes"), by and through their respective undersigned counsel, hereby stipulate and
4  agree, subject to the approval of this Court, that the above-captioned action shall be dismissed
5  *with prejudice*, including, without limitation, dismissal of all causes of action, claims,
6  counterclaims, and defenses that were raised in connection with this action or the asserted
7  patent at issue. Each party to bear its own costs and fees.
8
9  RESPECTFULLY SUBMITTED,
10
11  DATED: November 18, 2013.           PILLSBURY WINTHROP SHAW PITTMAN LLP
12
13
14                                      _____
                                        Dianne L. Sweeney
                                        *Counsel for* Defendants FELLOWES INC. and
15                                      BODY GLOVE INTERNATIONAL, LLC
16
17  DATED: November 18, 2013.           BRAUNHAGEY & BORDEN LLP
18
19                                      _____
                                        J. Noah Hagey
20                                      *Counsel for* Plaintiff SPECULATIVE PRODUCT
                                        DESIGN, LLC
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2013.

/s/ Dianne L. Sweeney
DIANNE L. SWEENEY

PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover St.
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Fax: (650) 233-4545
Email: dianne@pillsburylaw.com

1                 ~~[PROPOSED]~~ ORDER

2    PURSUANT TO STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE

3 SHOWN, IT IS HEREBY ORDERED THAT:

4    The above captioned matter is dismissed *with prejudice*. Each party to bear its own

5 costs and fees.

6

7 DATED: November 22, 2013.

8                        *[signature]*

9                        WILLIAM H. ORRICK
                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28