1  DIANNE L. SWEENEY (187198)
   dianne.sweeney@pillsburylaw.com
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   2550 Hanover Street
3  Palo Alto, CA  94304-1115
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545

5  Attorneys for Defendants
   FELLOWES INC. and BODY
6  GLOVE INTERNATIONAL, LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12

13 SPECULATIVE PRODUCT DESIGN, LLC,
   a Delaware limited liability company,            Case No. CV12-04998 WHO

14                       Plaintiff,                 **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE**
15     v.

16 BODY GLOVE INTERNATIONAL, LLC
   and FELLOWES INC.,                               **Fed. R. Civ. P., Rule 41**
17
                         Defendants.
18

19

20

21

22

23

24

25

26

27

28
   404228684v2

1   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Speculative Product Design, LLC ("Speck") and Defendants Body Glove International, LLC ("Body Glove") and Fellowes Inc. ("Fellowes"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to the approval of this Court, that the above-captioned action shall be dismissed *with prejudice*, including, without limitation, dismissal of all causes of action, claims, counterclaims, and defenses that were raised in connection with this action or the asserted patent at issue. Each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED,

DATED: November 19, 2013.   PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Dianne L. Sweeney
Dianne L. Sweeney
*Counsel for* Defendants FELLOWES INC. and BODY GLOVE INTERNATIONAL, LLC

DATED: November 18, 2013.   BRAUNHAGEY & BORDEN LLP

J. Noah Hagey
*Counsel for* Plaintiff SPECULATIVE PRODUCT DESIGN, LLC

1  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Speculative Product Design,
2  LLC ("Speck") and Defendants Body Glove International, LLC ("Body Glove") and Fellowes
3  Inc. ("Fellowes"), by and through their respective undersigned counsel, hereby stipulate and
4  agree, subject to the approval of this Court, that the above-captioned action shall be dismissed
5  *with prejudice*, including, without limitation, dismissal of all causes of action, claims,
6  counterclaims, and defenses that were raised in connection with this action or the asserted
7  patent at issue. Each party to bear its own costs and fees.

9  RESPECTFULLY SUBMITTED,

11 DATED: November 18, 2013.          PILLSBURY WINTHROP SHAW PITTMAN LLP

14                                     _____
                                       Dianne L. Sweeney
                                       *Counsel for* Defendants FELLOWES INC. and
15                                     BODY GLOVE INTERNATIONAL, LLC

17 DATED:  November 18, 2013.         BRAUNHAGEY & BORDEN LLP

19                                     _____
                                       J. Noah Hagey
20                                     *Counsel for* Plaintiff SPECULATIVE PRODUCT
                                       DESIGN, LLC

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 19, 2013.

/s/ Dianne L. Sweeney
DIANNE L. SWEENEY

PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover St.
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Fax: (650) 233-4545
Email:  dianne@pillsburylaw.com

1 | ~~[PROPOSED]~~ ORDER

2 | PURSUANT TO STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE
3 | SHOWN, IT IS HEREBY ORDERED THAT:
4 | The above captioned matter is dismissed *with prejudice*.  Each party to bear its own
5 | costs and fees.
6 |
7 | DATED:  November 22, 2013.

*[signature]*

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE